# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139504 & (59)


PROGRESSIVE MICHIGAN
INSURANCE COMPANY,
      Plaintiff-Appellant,

v

SUPER KICKER RODEO PRODUCTIONS,
SUPER KICKER RODEO, a d/b/a of JOEY
JOHNSTON and JOE JOHNSTON, Individually,
      Defendant-Appellee.

_____

SC:    139504
CoA:  286455
Mecosta CC: 07-17963-CK


On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.


I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2009

_____
Clerk